UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 09-9433 DSF (AJWx) | Date | 1/5/10 |
| Title | OneWest Bank, FSB v. Ducchie Dalmazzo | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on December 23, 2009, based on diversity jurisdiction. The notice of removal does not properly allege the citizenship of either party. While the notice of removal claims that the amount in controversy exceeds $75,000, the caption of the complaint indicates that the amount demanded does not exceed $10,000.[1]

    Because the Court does not have subject matter jurisdiction, the case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

---

[1] The notice of removal only attaches the first page of the state court complaint.